# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JUSTIN EDWARD LEWIS,

    Plaintiff,

v.

ETHAN GREEN,

    Defendant.

C17-211 TSZ

ORDER

THIS MATTER comes before the Court on the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge, docket no. 16. The R&R, which was issued on September 20, 2017, recommends that defendant's motion to dismiss for failure to prosecute be granted, and that this matter be dismissed without prejudice because plaintiff failed to apprise the Court and defendant of his current address. A few days before the R&R was entered, however, on September 14, 2017, plaintiff filed a Notice of Change of Address, docket no. 15, indicating that he is in custody at the Kitsap County Jail. According to Kitsap County Jail records, which are available at http://www.kitsapgov.com/sheriff/incustody/incustody.asp, plaintiff has been in custody since August 8, 2017, is held without bail on one of two pending felony

ORDER - 1

charges, and has a hearing scheduled in Kitsap County Superior Court on October 6, 2017. In light of the foregoing information, the Court DECLINES to adopt the R&R, and REFERS this matter back to Magistrate Judge Theiler for further proceedings, pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrate Judges' Rule 4. Plaintiff's motion for extension of time to file objections to the R&R, docket no. 17, is STRICKEN as moot.

IT IS SO ORDERED.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record, to plaintiff pro se (Booking No. 2017005176, ID No. 30042366) at Kitsap County Jail, 614 Division Street, MS-33, Port Orchard, WA 98366, and to Magistrate Judge Theiler.

Dated this 5th day of October, 2017.

Thomas S. Zilly
United States District Judge