The Honorable Thomas S. Zilly
The Honorable Mary Alice Theiler

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JUSTIN EDWARD LEWIS,<br><br>    Plaintiff,<br><br>v.<br><br>ETHAN GREEN,<br><br>    Defendant. | NO. 2:17-cv-00211-TSZ-MAT<br><br>[~~PROPOSED~~] ORDER |

THIS MATTER comes before this Court on Defendant's Motion To Amend the Court's Order RE: Pretrial Preparations. This Court hereby enters the following:

## **ORDER**

Defendant's motion is GRANTED. This Court's Order Re: Pretrial Preparations (ECF No. 12) is AMENDED as follows:

All discovery shall be completed by November 30, 2017.

Any dispositive motions shall be filed and served on or before January 10, 2018.

PROPOSED ORDER –
NO. 2:17-cv-00211-TSZ-MAT

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

The Order Re: Pretrial Preparations otherwise remains in full force and effect.

Dated this <u>20th</u> day of October, 2017.

                                               _____
                                               Mary Alice Theiler
                                               United States Magistrate Judge

PROPOSED ORDER –
NO. 2:17-cv-00211-TSZ-MAT

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

# CERTIFICATE OF SERVICE

I certify that I caused to be electronically filed a copy of this document using the CM/ECF filing system and served a copy of this document on all parties or their counsel of record on the date below as follows:

☒ US Mail Postage Prepaid via Consolidated Mail Service

Justin Lewis, DOC #807814
Kitsap County Jail
614 Division St., MS – 33
Port Orchard WA 98366-4614

☐ ABC/Legal Messenger

☐ State Campus Delivery

☐ Hand delivered by _____

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 5th day of October, 2017, at Tumwater, WA.

L. Harrison

PROPOSED ORDER –
NO. 2:17-cv-00211-TSZ-MAT

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300