1

2

3

4

5                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
6                                  AT SEATTLE

7   JUSTIN EDWARD LEWIS,

8                          Plaintiff,
                                                    C17-211 TSZ
9           v.
                                                    MINUTE ORDER
10  ETHAN GREEN,

11                         Defendant.

12
            The following Minute Order is made by direction of the Court, the Honorable
13  Thomas S. Zilly, United States District Judge:

14          (1)     The deadline for filing objections to the Report and Recommendation
    ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge, docket
15  no. 26, is CONTINUED to March 28, 2018, and the R&R is RENOTED to March 30,
    2018.  This alteration in deadlines was necessitated by plaintiff's change in correctional
16  institutions; service of the R&R at plaintiff's new address was effected on February 28,
    2018.

17
            (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
18  record and to plaintiff pro se.

19          Dated this 2nd day of March, 2018.

20                                                  William M. McCool
                                                    Clerk
21
                                                    s/Karen Dews
22                                                  Deputy Clerk

23

MINUTE ORDER - 1